UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLAYTON E. BUTSCH,

                Petitioner,

   v.

JASON BENNETT ,

                Respondent.

CASE NO. 2:24-cv-00482-JLR-BAT

**REPORT AND RECOMMENDATION DENYING IFP APPLICATION**

Petitioner, a Stafford Creek Corrections Center prisoner, filed a petition for writ of habeas corpus and an application to proceed *in forma pauperis.* Dkt. 1. Petitioner submitted a prison trust account that indicates his average monthly receipts total $116.00 and his average spendable balance totals $1,229.21. Petitioner's prison trust account shows he can pay the $5.00 fee for filing a federal habeas petition. The Court accordingly recommends:

    1.     Petitioner's IFP application be denied.

    2.     Petitioner be directed to pay the $5.00 filing fee within 14 days of adoption of this report and recommendation, or the matter will be dismissed without prejudice.

    2.     The clerk shall provide a copy of this report to Petitioner.

REPORT AND RECOMMENDATION - 1

**OBJECTIONS AND APPEAL**

This Report and Recommendation is not an appealable order. Therefore, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed no later than **April 29, 2024**. The Clerk should note the matter for **May 3, 2024.** as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 15th day of April, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DENYING IFP APPLICATION - 2